# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| InVue Security Products Inc., <br><br>　　　Plaintiff, <br><br>　　v. <br><br>Vanguard Products Group, Inc. d/b/a <br>Vanguard Protex Global <br><br>　　　Defendant. | ) <br> ) <br> ) <br> ) Civil Action No.: 8:18-cv-02548-VMC-SPF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE OF COMPLAINT AND SUMMONS

COMES NOW, PLAINTIFF INVUE SECURITY PRODUCTS INC., PURSUANT TO FED. R. CIV. P. 4(L) AND FILES AN EXECUTED PROOF OF SERVICE REGARDING SERVICE OF THE SUMMONS AND COMPLAINT UPON DEFENDANT VANGUARD PRODUCTS GROUP INC., D/B/A VANGUARD PROTEX GLOBAL, ON 18 OCTOBER 2018.

October 25, 2018

Respectfully submitted,

MATULIS LAW & MEDIATION

By: /s/ *James M. Matulis*
James M. Matulis
Florida Bar No. 0077429
9806 Gretna Green Drive, St. 100
Tampa, FL 33626
Phone: (813) 451-7347
Jim@Matulis-Law.com

Tim F. Williams (pro hac forthcoming)
Dority & Manning, P.A.
P. O. Box 1449
Greenville, SC 29602-1449
(864) 271-1592
(864) 233-7342 (facsimile)
timw@dority-manning.com

*Attorneys for Plaintiff*
*InVue Security Products Inc.*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vanguard Products Group Inc. D/B/A Vanguard Protex Global
was received by me on *(date)* 10-18-18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christopher Kelsh, who is designated by law to accept service of process on behalf of *(name of organization)* Vanguard Products Group Inc. D/B/A Vanguard Protex Global on *(date)* 10-18-18, 11:55AM or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-18-18

Server's signature

Troy Rogers
Printed name and title

16905 Cedar Bluff Dr. Tampa, FL 33618
Server's address

Additional information regarding attempted service, etc: