**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:18-cv-2548-T-33SPF | DATE: December 14, 2018 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **INVUE SECURITY PRODUCTS INC.**<br><br>        Plaintiff,<br><br>v.<br><br>**VANGUARD PRODUCTS GROUP, INC.**<br><br>        Defendant | **PLAINTIFF COUNSEL**<br>Timothy Williams<br>James Matulis<br><br>**DEFENDANT COUNSEL**<br>Lee Grossman<br>Richard Edson Fee | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Tamecika Lee |
| **TIME: 10:03 AM – 10:44 AM**<br>**TOTAL: 41 minutes** | **COURTROOM:** | **14B** |

**PROCEEDINGS:** SCHEDULING CONFERENCE

The Court held a Rule 16 Hearing.

The Case Management and Scheduling Order will be entered on the docket subsequent to this hearing.