**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| InVue Security Products Inc., <br><br> Plaintiff, <br><br> v. <br><br> Vanguard Products Group, Inc., d/b/a Vanguard Protex Global, <br><br> Defendant. | **EXHIBIT 6** |

| | |
|---|---|
| **From:** | Lee Grossman <lgrossman@grossmanlegal.com> |
| **Sent:** | Wednesday, February 27, 2019 6:48 PM |
| **To:** | Tim Williams |
| **Cc:** | Richard E. Fee |
| **Subject:** | Response to Your February 13, 2019 Letter |

Tim:

This is in response to your letter of February 13, 2019.

1. As you state, we believe the asserted claims are invalid, and thus cannot be infringed as a matter of law.  Regarding whether the products have all of the limitations, this depends on how the court interprets the claims.  For example, if the court's construction somehow covers the new designs, perhaps the current products do not have the limitations.  Thus, it is premature to state whether the products have each limitation.  However, we will supplement the interrogatories after the court's ruling on claim construction.

2. We are currently scheduled to meet in Charlotte N.C. next Tuesday to show you the new designs. We will, when appropriate, supplement the interrogatory responses regarding the new designs.

3. Regarding the production of documents, perhaps we can agree on a date that we can mutually exchange documents.  Also, we should figure out the logistics.  I believe we agreed not to forego using search terms.  However, we do not want to twice electronically search employees' computers.

4. Regarding the identity of Vanguard's distributors and other third parties, we do not see how these are relevant.  Moreover, we have information that InVue has approached Vanguard's distributors in the past and used business force against Vanguard's interests.  We do not want this to happen again.  If you can tell us how this information is relevant we will reconsider you request.

I believe this addresses all of your points in your letter.  I am around Thursday, Friday and Monday if you want to talk before Tuesday.

Lee