**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| InVue Security Products Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Vanguard Products Group, Inc., d/b/a<br>Vanguard Protex Global,<br><br>    Defendant. | **EXHIBIT 9** |

| | |
|---|---|
| **From:** | Lee Grossman <lgrossman@grossmanlegal.com> |
| **Sent:** | Thursday, March 14, 2019 4:15 PM |
| **To:** | Tim Williams |
| **Subject:** | RE: InVue Security Prods., Inc. v. Vanguard Prods. Group, Inc. - Defendant's Preliminary Invalidity Contentions |

Sounds good.

**From:** Tim Williams [mailto:timw@dority-manning.com]
**Sent:** Thursday, March 14, 2019 3:12 PM
**To:** Lee Grossman <lgrossman@grossmanlegal.com>
**Subject:** RE: InVue Security Prods., Inc. v. Vanguard Prods. Group, Inc. - Defendant's Preliminary Invalidity Contentions

Lee, thanks for the call yesterday.  I look forward to receipt of the letter from you on Monday regarding Vanguard's interrogatory responses and invalidity contentions.

Also, I sent a meeting invite to you for 3 PM Monday (3/18) to discuss document production.

Thanks.

**Tim F. Williams**
Dority & Manning, P.A.
(864) 271-1592
(864) 527-1554 | direct
**dority-manning.com**

**From:** Lee Grossman [mailto:lgrossman@grossmanlegal.com]
**Sent:** Tuesday, March 12, 2019 4:51 PM
**To:** Tim Williams
**Subject:** RE: InVue Security Prods., Inc. v. Vanguard Prods. Group, Inc. - Defendant's Preliminary Invalidity Contentions

Tim – I'm traveling today and in an all day meeting tomorrow. I'll step out and call you.

Lee

**From:** Tim Williams [mailto:timw@dority-manning.com]
**Sent:** Tuesday, March 12, 2019 10:15 AM
**To:** Lee Grossman <lgrossman@grossmanlegal.com>
**Cc:** Richard E. Fee (rfee@feejeffries.com) <rfee@feejeffries.com>
**Subject:** FW: InVue Security Prods., Inc. v. Vanguard Prods. Group, Inc. - Defendant's Preliminary Invalidity Contentions

Lee,

Just left you a voicemail.  Please give me a call when you can to discuss Vanguard's discovery responses and recent invalidity contentions.  Thanks.

**Tim F. Williams**
Dority & Manning, P.A.

1

(864) 271-1592
(864) 527-1554 | direct
dority-manning.com

---

**From:** Ana Perez [mailto:aperez@feejeffries.com]
**Sent:** Monday, March 11, 2019 4:14 PM
**To:** Scott Cole; Jim Matulis; Tim Williams; Jillene Van Hoy
**Cc:** Lee Grossman; Richard E. Fee; Kathleen M. Wade
**Subject:** InVue Security Prods., Inc. v. Vanguard Prods. Group, Inc. - Defendant's Preliminary Invalidity Contentions

Good afternoon,

Attached please find a copy of Defendant's Preliminary Invalidity Contentions, as well as Exhibits A and B.

Copies will follow via U.S. First Class Mail.

Thank you.

Ana M. Perez, Legal Assistant
Richard E. Fee, Esquire
Kathleen M. Wade, Esquire
Catherine F. Yant, Esquire
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008 - Telephone
(813) 229-0046 - Facsimile
aperez@feejeffries.com

**Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this message is attorney privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited. If you have received this communication in error, please advise the sender by reply e-mail and then delete the message. Thank you very much.**