**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| InVue Security Products Inc., <br><br> Plaintiff, <br><br> v. <br><br> Vanguard Products Group, Inc., d/b/a Vanguard Protex Global, <br><br> Defendant. | **EXHIBIT 10** |

| | |
|---|---|
| **From:** | Lee Grossman <lgrossman@grossmanlegal.com> |
| **Sent:** | Monday, March 18, 2019 1:00 PM |
| **To:** | Tim Williams |
| **Subject:** | RE: call |

Before I write the letter, I want to walk through your letter to make sure I address everything.

Lee

**From:** Tim Williams [mailto:timw@dority-manning.com]
**Sent:** Monday, March 18, 2019 11:59 AM
**To:** Lee Grossman <lgrossman@grossmanlegal.com>
**Subject:** RE: call

2 PM Central/3 PM Eastern.   Still looking for your letter.

Thanks.

**Tim F. Williams**
Dority & Manning, P.A.
(864) 271-1592
(864) 527-1554 | direct
dority-manning.com

**From:** Lee Grossman [mailto:lgrossman@grossmanlegal.com]
**Sent:** Monday, March 18, 2019 12:19 PM
**To:** Tim Williams
**Subject:** call

Tim – are we at 2:00 CDT or 3:00 CDT?

Lee

1