**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| InVue Security Products Inc., | |
|     Plaintiff, | |
|     v. | **EXHIBIT 11** |
| Vanguard Products Group, Inc., d/b/a Vanguard Protex Global, | |
|     Defendant. | |

| | |
|---|---|
| **From:** | Tim Williams |
| **Sent:** | Tuesday, March 19, 2019 9:00 AM |
| **To:** | Lee Grossman (lgrossman@grossmanlegal.com) |
| **Subject:** | InVue v Vanguard |

Lee,

Good morning.

Following up on our call, we were expecting an email or letter from you by yesterday regarding InVue's Interrogatories Nos. 1 and 2 as well as Vanguard's Invalidity Contentions.  You indicated that Vanguard would stipulate to infringement of all of the patents-in-suit and confirm it is not challenging the validity of 6 of the 8 patents-in-suit.  This was to be indicated in the letter followed up with revised Interrogatory Responses and Invalidity Contentions by Wednesday, March 20.   Also, we understood that Vanguard intends to re-serve its Requests for Production.

Please send us the letter by end of today.  As we already delayed from last week at your request, without the letter your described - InVue will need to move forward with requesting appropriate relief from the Court due to the scheduling deadlines.

Thanks.



**Tim F. Williams**

Dority & Manning, P.A.
Two Liberty Square | 75 Beattie Place, Suite 1100
Greenville, SC 29601 | USA

(864) 271-1592
(864) 527-1554 | direct

website | bio | linkedin | vCard

This e-mail and any attachments are transmitted for the exclusive and confidential use of the intended recipient, and may contain information that is privileged, confidential, and/or otherwise protected from disclosure. No privileges are waived by this transmission. If this e-mail was not intended for you, please delete it, destroy any copies, do not use or distribute any information in the e-mail, and notify the sender by return e-mail or by calling (864)271-1592.