UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INVUE SECURITY PRODUCTS INC.,

    Plaintiff,

v.                                                   Case No. 8:18-cv-2548-T-33SPF

VANGUARD PRODUCTS GROUP,
INC., d/b/a VANGUARD PROTEX
GLOBAL,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon Plaintiff's Motion for Preliminary Injunction (Doc. 47), which the district judge referred for a Report and Recommendation (Doc. 48). After consideration, it is hereby

**ORDERED**:

1. Plaintiff's Motion for Preliminary Injunction (Doc. 47) shall be heard on June 13, 2019, at 1:00 p.m., in Courtroom 11B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. In accordance with Middle District of Florida Local Rule 4.06(a), the hearing will be limited to the argument of counsel unless either party moves for the hearing to be evidentiary in nature.

2. No later than June 6, 2019, Defendant must file with the Court and deliver to the moving party, all counter or opposing affidavits, and responsive briefs. L.R. 4.06(a)(3), M.D. Fla.; Fed. R. Civ. P. 6(c).

3. All parties are directed to strictly comply with the procedures set forth in Local Rule 4.06.

**ORDERED** in Tampa, Florida, on this 29th day of May 2019.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE