# EXHIBIT K



EX. K



2