UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INVUE SECURITY PRODUCTS INC.,

    Plaintiff,

v.                                                    Case No. 8:18-cv-2548-T-33SPF

VANGUARD PRODUCTS GROUP,
INC., d/b/a VANGUARD PROTEX
GLOBAL,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon Defendant's Consent Motion for Withdrawal of Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction [Dkt. 57] and Image Removal of Exhibit K [Dkt. 57-11] (Doc. 62) and Defendant's unopposed Motion to File Under Seal Its Unredacted Response in Opposition to Plaintiff's Motion for a Preliminary Injunction and Exhibit K Thereto (Doc. 63). After consideration, it is hereby

**ORDERED**:

Defendant's Consent Motion for Withdrawal of Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction [Dkt. 57] and Image Removal of Exhibit K [Dkt. 57-11] (Doc. 62) and Defendant's unopposed Motion to File Under Seal Its Unredacted Response in Opposition to Plaintiff's Motion for a Preliminary Injunction and Exhibit K Thereto (Doc. 63) are both **GRANTED**. However, rather than withdrawing Document 57, the Clerk is directed to seal Document 57, which accomplishes the relief sought in the two motions.

**ORDERED** in Tampa, Florida, on this 20th day of June 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE