UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INVUE SECURITY PRODUCTS INC.,

    Plaintiff,

v.                                                                   Case No. 8:18-cv-2548-T-33SPF

VANGUARD PRODUCTS GROUP,
INC., d/b/a VANGUARD PROTEX
GLOBAL,

    Defendant.
_____/

**ORDER**

This cause came before the Court for a hearing on the issues raised in Plaintiff's Motion for a Telephonic Hearing Regarding Continuing Noncompliance with Court Order on Document Production (Doc. 94). The issues were discussed at a telephonic hearing on August 15, 2019. For the reasons stated at the hearing, it is hereby

**ORDERED**:

1) Defendant is directed to provide Plaintiff prior to the Court-ordered mediation either the information requested in the email from Mr. Williams to Mr. Grossman dated 7/11/2019 at 5:50 pm as listed in items a-j (*see* Doc. 94-3) in the form of a spreadsheet accompanied by a certification or declaration of accuracy, or the underlying documents as requested in the letter from Mr. Williams to Mr. Grossman dated 7/25/2019, and specified at the hearing as items 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 22, and 23 (*see* Doc. 94-4).

2) Defendant is directed to provide Plaintiff a sample of the proposed non-infringing product as soon as it is available to Defendant.

**ORDERED** in Tampa, Florida, on this 15th day of August 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE